```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07432
   ROBERT R JURAN
   ROBIN D JURAN                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2457     SSN XXX-XX-2973


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 03/03/2005 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/25/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED            5379.56         71.78         5379.56
AMERICAN EXPRESS          UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          3964.06           .00         3964.06
BANK OF AMERICA NA        UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          7902.70           .00         7902.70
ECAST SETTLEMENT CORP     UNSECURED         24690.01           .00        24690.01
CAPITAL ONE               UNSECURED         NOT FILED          .00             .00
CAPITAL ONE               UNSECURED         NOT FILED          .00             .00
SHERMAN ACQUISITION       UNSECURED          8165.64           .00         8165.64
CHADWICKS OF BOSTON       UNSECURED         NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED          5742.24           .00         5742.24
CITI                      UNSECURED         NOT FILED          .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         11666.24           .00        11666.24
DISCOVER FINANCIAL SERVI  UNSECURED          3781.72           .00         3781.72
FLEET BANK                UNSECURED         NOT FILED          .00             .00
GEMB/WALM                 UNSECURED         NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          3533.50           .00         3533.50
SMC                       UNSECURED            30.50           .00            30.50
MBNA AMERICA              UNSECURED         NOT FILED          .00             .00
MBNA AMERICA              UNSECURED         NOT FILED          .00             .00
MBNA AMERICA              UNSECURED         NOT FILED          .00             .00
UNIVERSAL BANK            UNSECURED         NOT FILED          .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED          3655.72           .00         3655.72
DAVID M SIEGEL            DEBTOR ATTY       2,244.00                      2,244.00
TOM VAUGHN                TRUSTEE                                         4,584.47
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 85,412.14

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 07432 ROBERT R JURAN & ROBIN D JURAN
```

```
PRIORITY                                                                .00
SECURED                                                            5,379.56
     INTEREST                                                         71.78
UNSECURED                                                         73,132.33
ADMINISTRATIVE                                                     2,244.00
TRUSTEE COMPENSATION                                               4,584.47
DEBTOR REFUND                                                           .00
                                        ----------------    ----------------
TOTALS                                         85,412.14           85,412.14
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 06/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 07432 ROBERT R JURAN & ROBIN D JURAN